IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARTHUR LAWRENCE, et al.,<br><br>        Plaintiffs,<br><br> vs.<br><br>DEPENDABLE MEDICAL TRANSPORT<br>SERVICES, L.L.C., et al.,<br><br>        Defendants.<br><br>JASON BORGES, et al.,<br><br>        Plaintiffs,<br><br> vs.<br><br>DEPENDABLE MEDICAL TRANSPORT<br>SERVICES, L.L.C., et al.,<br><br>        Defendants. | No. 2:13-cv-00417-HRH<br>[Consolidated with<br>No. 2:14-cv-00207-HRH] |

O R D E R

Final Approval of Collective Action Settlement

  By order of August 4, 2014,[1] the court granted preliminary approval of the parties' joint motion for approval of collective action settlement agreement. The court also granted preliminary approval of attorney fees awarded to counsel for plaintiffs. In furtherance of that order and the tentatively approved settlement agreement, the court entered judgment in favor of all of the plaintiffs and counsel for the plaintiffs.[2]

---

  [1]Docket No. 138.

  [2]Docket No. 139.

Order – Final Approval of Collective Action Settlement            - 1 -

The order granting preliminary approval of the parties' settlement required that plaintiffs' counsel notify all opt-in plaintiffs in the Lawrence case[3] of the terms of the settlement agreement. The court made provision for objections by opt-in plaintiffs and for a hearing in the event of objections. Finally, the court's order granting preliminary approval of the parties' settlement required counsel for plaintiffs to report to the court the results of the notice proceedings with respect to opt-in plaintiffs. The court is now in receipt of the required notice.[4] The court is advised that no opt-in plaintiff has objected in writing or orally to the settlement agreement.

In consideration of the foregoing, the court concludes that there is no need or necessity of a hearing or other further proceedings with respect to the settlement of these consolidated cases. The court's order of August 4, 2014,[5] granting preliminary approval of the parties' settlement agreement is now made final and binding upon all parties. The court's August 4, 2014, judgment[6] is ratified and shall constitute the final judgment in these proceedings. As reflected in that judgment, however, the court retains jurisdiction of this case for purposes of enforcing the settlement agreement. The consolidated cases are closed.

DATED at Anchorage, Alaska, this  22nd  day of August, 2014.

/s/ H. Russel Holland
United States District Judge

---

[3] The Borges case was not a collective action.

[4] Docket No. 141.

[5] Docket No. 138.

[6] Docket No. 139.